Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VI

| | | |
|---|---|---|
| KERMIT MANUEL ORTIZ MORALES<br><br>Apelado<br><br>v.<br><br>NEGOCIADO DE LA POLICÍA DE PUERTO RICO<br><br>Apelante | KLAN202400480 | *Apelación*<br>Procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso Civil Núm.: AU2023CV00612<br><br>(Sala 701)<br><br>Sobre: Devolución de Licencia de Armas de Fuego |

Panel integrado por su presidenta, la Jueza Ortíz Flores, el Juez Rivera Torres, el Juez Campos Pérez y la Jueza Rivera Pérez.

Rivera Pérez, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 31 de mayo de 2024.

Atendida la *Moción de Desistimiento* presentada el 30 de mayo de 2024, por la parte apelante, por conducto de su representante legal, resolvemos declararlo Ha Lugar.

Se ordena el cierre y archivo del recurso del presente caso de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, 4 LPRA, Ap. XXII-B, R. 83 (A).

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN 2024_____